FILED
SEP 2 3 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL WEST,<br>"Homeless"<br>P.O. Box 1935<br>St. Charles, MO 63302<br>No phone<br>        Plaintiff,<br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner Social Security<br>Administration,<br>6401 Security Blvd.<br>Baltimore, MD 21235-0001,<br><br>        Defendant. | Civil A[ction]<br><br>CASE NUMBER 1:05CV01890<br>JUDGE: Rosemary M. Collyer<br>DECK TYPE: FOIA/Privacy Act<br>DATE STAMP: 09/23/2005 |

## MOTION FOR LEAVE TO FILE

NOW COMES the Plaintiff, Michael West, *pro se*, and moves the Court with motion for leave to file and use of post office box as address on complaint. In support, the Plaintiff submits the following:

1. that the Complaint is premised on the unfair, discriminatory acts (or omissions) practices committed by this named Defendant;

2. as a result of Defendant's discriminatory practices, this Plaintiff is homeless and has no dwelling house or usual place of abode; and

3. the use of post office box will reasonably allow this Plaintiff access to the Court and provide due process/equal opportunity as guaranteed under the First, Fifth, and Fourteenth Amendments to the U.S. Constitution, respectively.

WHEREFORE, Plaintiff respectfully requests that the Court grant this motion and for any other relief in the premises.

RECEIVED
AUG 3 1 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

Respectfully submitted this _28th_ day of August 2005.


_(signature)_

Michael West, *pro se*
P.O. Box 1935
St. Charles, MO 63302-1935
No phone