**FILED**

SEP 2 3 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL WEST,

    Plaintiff,

v.                                                              Civil Action No.  05 1890

JOANNE BARNHART,

    Defendant.

### ORDER

It is hereby

ORDERED that plaintiff's motion for leave to use a post office box as a mailing address is GRANTED.

SO ORDERED.

_____
United States District Judge

DATE: 9/19/05

2