UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL WEST,**<br>"Homeless"<br>P.O. Box 1935<br>St. Charles, MO 63302<br>No phone<br><br>     **Plaintiff,**<br><br>  v.<br><br><br>**JO ANNE B. BARNHART,**<br>**Commissioner Social Security**<br>**Administration,**<br>**6401 Security Blvd.**<br>**Baltimore, MD 21235-0001,**<br><br>     **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-1890 (RMC)<br>) (ECF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **PRAECIPE**

THE CLERK OF THE COURT will please enter the appearance of Mercedeh Momeni, Assistant United States Attorney, as counsel of record for defendant, in the above-captioned case.

               Respectfully submitted,

               /s/

               MERCEDEH MOMENI
               Assistant United States Attorney
               555 4th Street, NW
               Washington, DC 20530
               (202) 305-4851
               (202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of October, 2005, I caused the foregoing Praecipe to be served on plaintiff, postage prepaid, addressed as follows:

Michael West
P.O. Box 1935
St. Charles, MO 63302

/s/
_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)