UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL WEST,                )  |  |
|                              )  |  |
|          Plaintiff,          )  |  |
|     v.                       )  | Civil Action No. 05CV1890 (RMC) |
|                              )  |  |
| JO ANNE BARNHART,            )  |  |
| COMMISSIONER,                )  |  |
| SOCIAL SECURITY              )  |  |
| ADMINISTRATION               )  |  |
|                              )  |  |
|          Defendant           )  |  |
|                              )  |  |

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Defendant, by and through undersigned counsel, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 6(b)(1) to enlarge the time to answer or otherwise respond to Plaintiff's Complaint. Defendant requests that the deadline for responding to Plaintiff's Complaint be extended 30 days, from October 28, 2005, to November 28, 2005. Plaintiff is not represented by counsel, and does not have a telephone number listed on the Complaint, therefore undersigned counsel has not discussed the instant motion with him. The grounds for this request are set forth below.

After review of the Complaint with agency counsel, Defendant believes that a resolution of the case without Court intervention is likely. Although Plaintiff failed to identify with specificity the subject matter of the letters he asserted he sent to the SSA on February 22, 2005, March 16, 2005, and March 24, 2005, see Complaint ¶¶ 5, 16, 23, agency counsel has consulted with various SSA employees in SSA offices around the country, and is in the process of attempting to ascertain the existence and the subject matter of the letters referred to in Plaintiff's Complaint. As a result of these consultations, agency counsel has determined that Plaintiff appears to be seeking information from his Social Security Administration ("SSA") file regarding his disability claim. Agency counsel is attempting to locate that file, and will make it

available to Plaintiff if and when it is located.

This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendant some additional time to locate Plaintiff's file and make it available to him will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for answering or otherwise responding to the complaint be extended to and including November 28, 2005.

Dated: October 25, 2005.

                                    Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

/s/
HEATHER R. PHILLIPS, CA BAR # 191620
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. - Civil Division
Washington, D.C.  20530
(202) 514-7139

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing Motion for Enlargement of Time was mailed to appellant pro se, Michael West, P.O. Box 1935, St. Charles, MO 63302, on this 25th day of October, 2005.

 

                                              _____
                                            HEATHER R. PHILLIPS
                                            Assistant United States Attorney
                                            Judiciary Center Building
                                            555 4th Street, NW, Rm. E4212
                                            Washington, D.C. 20001
                                            (202) 514-7139

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL WEST,                )<br>                              )<br>          Plaintiff,          )<br>     v.                       )<br>                              )<br>JO ANNE BARNHART,             )<br>COMMISSIONER,                 )<br>SOCIAL SECURITY               )<br>ADMINISTRATION                )<br>                              )<br>          Defendant           )<br>_____) | Civil Action No. 05CV1890 (RMC) |

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Defendant, by and through undersigned counsel, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 6(b)(1) to enlarge the time to answer or otherwise respond to Plaintiff's Complaint. Defendant requests that the deadline for responding to Plaintiff's Complaint be extended 30 days, from October 28, 2005, to November 28, 2005. Plaintiff is not represented by counsel, and does not have a telephone number listed on the Complaint, therefore undersigned counsel has not discussed the instant motion with him. The grounds for this request are set forth below.

After review of the Complaint with agency counsel, Defendant believes that a resolution of the case without Court intervention is likely. Although Plaintiff failed to identify with specificity the subject matter of the letters he asserted he sent to the SSA on February 22, 2005, March 16, 2005, and March 24, 2005, see Complaint ¶¶ 5, 16, 23, agency counsel has consulted with various SSA employees in SSA offices around the country, and is in the process of attempting to ascertain the existence and the subject matter of the letters referred to in Plaintiff's Complaint. As a result of these consultations, agency counsel has determined that Plaintiff appears to be seeking information from his Social Security Administration ("SSA") file regarding his disability claim. Agency counsel is attempting to locate that file, and will make it

available to Plaintiff if and when it is located.

  This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendant some additional time to locate Plaintiff's file and make it available to him will aid both the parties and the Court in the development and resolution of this case.

  WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for answering or otherwise responding to the complaint be extended to and including November 28, 2005.

  Dated: October 25, 2005.

            Respectfully submitted,

            /s/
            KENNETH L. WAINSTEIN, D.C. BAR # 451058
            United States Attorney


            /s/
            R. CRAIG LAWRENCE, D.C. BAR # 171538
            Assistant United States Attorney


            /s/
            HEATHER R. PHILLIPS, CA BAR # 191620
            Assistant United States Attorney
            Judiciary Center Building
            555 4th Street, N.W. - Civil Division
            Washington, D.C.  20530
            (202) 514-7139

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion for Enlargement of Time was mailed to appellant pro se, Michael West, P.O. Box 1935, St. Charles, MO 63302, on this 25th day of October, 2005.

_____
HEATHER R. PHILLIPS
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW, Rm. E4212
Washington, D.C. 20001
(202) 514-7139