Michael West
P.O. Box 1935
St. Charles, MO 63302-1935

**CERTIFIED MAIL**
**7001 0360 0001 6642 4846**

April 6, 2005

Social Security Administration
Office of Public Disclosure
3-A-6 Operations Building
6401 Security Boulevard
Baltimore, Maryland, 21235

Re: Freedom of Information Act Appeals

Dear Appeal Officer:

Please find the appeal of February 22, 2005 FOIA request.
Additionally, find appeal of March 16, 2005 FOIA request.
Additionally, find appeal of March 24, 2005 FOIA request.

Thank you for your consideration of these appeals.

Sincerely,

Michael West

Enclosures
As stated

APR 1 2 2005

Michael West
P.O. Box 1935
St. Charles, MO 63302-1935

**CERTIFIED MAIL**
**7001 0360 0001 6642 4846**

April 6, 2005

Social Security Administration
Office of Public Disclosure
3-A-6 Operations Building
6401 Security Boulevard
Baltimore, Maryland, 21235

Re: Freedom of Information Act Appeal

Dear Appeal Officer:

This is an appeal under the Freedom of Information Act.

On February 22, 2005, I requested documents under the Freedom of Information Act. My request was NOT assigned an identification number. To date, I have NOT received a response to my request in a letter signed by Ms. Ann L. Wright of the Social Security Office located at 112 Piper-Hill Drive, Suite 6, St. Peters, Missouri. I appeal the denial of my request.

The documents that were withheld must be disclosed under the FOIA because they are not exempted under the applicable statute, 5 USC 552(a).

Thank you for your consideration of this appeal.

Sincerely,

*[signature]*
Michael West

Michael West
P.O. Box 1935
St. Charles, MO 63302-1935

**CERTIFIED MAIL**
**7001 0360 0001 6642 4846**

April 6, 2005

Social Security Administration
Office of Public Disclosure
3-A-6 Operations Building
6401 Security Boulevard
Baltimore, Maryland, 21235

Re: Freedom of Information Act Appeal

Dear Appeal Officer:

This is an appeal under the Freedom of Information Act.

On March 16, 2005, I requested documents under the Freedom of Information Act. My request was NOT assigned an identification number. To date, I have NOT received compliance with respect to my request in a statement to Ms. Ann L. Wright of the Social Security Office located at 112 Piper-Hill Drive, Suite 6, St. Peters, Missouri. I appeal the denial of my request.

The documents that were withheld must be disclosed under the FOIA because they are not exempted under the applicable statute, 5 USC 552(a).

Thank you for your consideration of this appeal.

Sincerely,

*[signature]*
Michael West

13

Michael West
P.O. Box 1935
St. Charles, MO 63302-1935

**CERTIFIED MAIL**
**7001 0360 0001 6642 4846**

April 6, 2005

Social Security Administration
Office of Public Disclosure
3-A-6 Operations Building
6401 Security Boulevard
Baltimore, Maryland, 21235

Re: Freedom of Information Act Appeal

Dear Appeal Officer:

This is an appeal under the Freedom of Information Act.

On March 24, 2005, I requested documents under the Freedom of Information Act. My request was NOT assigned an identification number. On March 29, 2005, instead of receiving the requested materials, I received an irrelevant statement of ineligibility from Ms. Ann L. Wright of the Social Security Office located at 112 Piper-Hill Drive, Suite 6, St. Peters, Missouri. I appeal the denial of my request.

The documents that were withheld must be disclosed under the FOIA because they are not exempted under the applicable statute, 5 USC 552(a).

Thank you for your consideration of this appeal.

Sincerely,

*[signature]*
Michael West

14