

# SOCIAL SECURITY

Refer to:
S9H: PF7263

May 18, 2005

Mr. Michael West
P.O. Box 1935
St. Charles, MO 63302-1935

Dear Mr. West:

This letter is in response to your April 6, 2005, Freedom of Information Act (FOIA)/Privacy Act request that notes to date you have not received a response from Ms. Ann L. Wright of the Social Security office located at 112 Piper-Hill Drive, Suite 6, St. Peters, Missouri, regarding your disability claim. As the FOIA Officer, I am responding to your request for a copy of your record, specifically, the information regarding your disability claim.

A member of my staff spoke with Ms. Wright about this matter. In a March 3, 2005, letter to you, Ms. Wright advised you that, unfortunately, we were unable to locate the claims folder from your 1999 disability claim. You are entitled to review and copy material in this file under the Privacy Act (5 U.S.C. § 552a). However, we are unable to make it available at this time as we are unable to locate it. You were provided copies of medical evidence from your 2004 claim, and Ms. Wright advised you then you could visit the office to review any documents in that file. We suggest you re-contact your local Social Security office for further assistance.

If you disagree with this decision, you may request a review. Mail your appeal within 30 days after you receive this letter to the Executive Director for the Office of Public Disclosure, Social Security Administration, 6401 Security Boulevard, Baltimore, Maryland 21235. Mark the envelope "Freedom of Information Appeal." Please note the control number PF7263 on your appeal letter.

Sincerely,

Jonathan R. Cantor
Jonathan R. Cantor
Freedom of Information Officer