UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL WEST, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 05CV1890 (RMC) |
| ) | |
| JO ANNE BARNHART, ) | |
| COMMISSIONER, ) | |
| SOCIAL SECURITY ) | |
| ADMINISTRATION ) | |
| ) | |
| Defendant ) | |
| ) | |

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Defendant, by and through undersigned counsel, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 6(b)(1) to enlarge the time to Reply to Plaintiff's Affidavit and Reply to Defendant's Motion for Summary Judgment ("Plaintiff's Opposition"). Defendant requests that the deadline for responding to Plaintiff's Opposition be extended until December 2, 2005. Plaintiff is not represented by counsel, and does not have a telephone number listed on the Complaint, therefore undersigned counsel has not discussed the instant motion with him. The grounds for this request are set forth below.

Although Plaintiff's Opposition indicates that he mailed it to Defendant on November 11, 2005, Defendant has not yet received plaintiff's Opposition from the U.S. Postal Service. Instead, Defendant received notice of Plaintiff's Opposition on Monday, November 21, 2005, via the Court's Electronic Filing System. Ordinarily, Defendant would have five days to respond to Plaintiff's Opposition, see LcvR 7(d), Defendant, however, requests the additional time due to the holidays, and due to the fact that Plaintiff has raised a new issue in his Opposition respecting his 2004 and 2005 SSA case files that was not apparent in his prior FOIA requests. Defendant needs additional time to review the materials Plaintiff has requested, in an attempt to resolve the case without Court intervention.

This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendant some additional time to locate Plaintiff's 2004 and 2005 case files and make them available to him will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for filing its Reply to Plaintiff's Opposition be extended to and including December 2, 2005.

Dated: November 23, 2005.

                                      Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


/s/
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney


/s/
HEATHER R. PHILLIPS, CA BAR # 191620
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. - Civil Division
Washington, D.C.  20530
(202) 514-7139

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing Motion for Enlargement of Time was mailed to appellant pro se, Michael West, P.O. Box 1935, St. Charles, MO 63302, on this 23rd day of November, 2005.

                                                   _____
                                                   HEATHER R. PHILLIPS
                                                   Assistant United States Attorney
                                                   Judiciary Center Building
                                                   555 4th Street, NW, Rm. E4212
                                                   Washington, D.C. 20001
                                                   (202) 514-7139