UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL WEST, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>JO ANNE BARNHART, COMMISSIONER, )<br>SOCIAL SECURITY ADMINISTRATION )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1890 (RMC)<br>ECF |

### DEFENDANT'S REPLY TO PLAINTIFF'S "AFFIDAVIT AND REPLY" TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

On October 28, 2005, Defendant, the Social Security Administration ("SSA"), by and through its undersigned attorneys and pursuant to Rule 56 of the Federal Rules of Civil Procedure, moved for summary judgment in its favor in this case. On November 21, 2005, Defendant received Plaintiff's Affidavit and Reply to Defendant's Motion for Summary Judgment ("Plaintiff's Opposition") via the Court's ECF electronic filing system. Defendant hereby responds to Plaintiff's Opposition.

### PURSUANT TO FOIA, DEFENDANT HAS PROVIDED ALL RESPONSIVE DOCUMENTS TO PLAINTIFF

In Plaintiff's Opposition he alleges that Defendant has not completed processing of his FOIA request because he has not received materials from his 2004 disability claim file, and has not received SSA resource materials used to assess his claim, such as SSA disclosure regulations. Plaintiff's Opposition at ¶¶ 4-12. As discussed at length in Defendant's Motion for Summary Judgment, Plaintiff's FOIA's requests have not been entirely clear, and based on prior correspondence by Plaintiff, Defendant had provided Plaintiff with a copy of his 1999 disability claim file. Defendant's MSJ at 2-4. However, given Plaintiff's representations in his Opposition

that he has requested and not received his 2004 disability claim file, as well as SSA disclosure regulations, Defendant has, as of this date, December 1, 2005, provided these materials to Plaintiff.  See Exhibit 1, Supplemental Declaration of Doris Bell (with attachments A and B). Therefore,  the SSA has completed its processing of Plaintiff's information request, and produced all records in its possession.[1]  There are no material facts in dispute and the SSA is entitled to judgment in its favor as a matter of law.  Accordingly, summary judgment should be granted pursuant to Fed. R. Civ. P. 56.

---

[1] Plaintiff also appears to have requested that SSA essentially perform legal research on his behalf.  See Plaintiff's Opposition at 4, 9, 11 (requesting federal regulations and materials used to assess SSA claims).  Supplemental Declaration of Doris Bell at ¶¶9-12.  Under FOIA, the SSA is not required to conduct legal research for the Plaintiff.  See Landmark Legal Found. v. EPA, 2003 WL 21715677 (D.D.C.); Allnutt v. U.S. DOJ, 2000 WL 852455 (D. MD).

## **CONCLUSION**

As set forth above, the SSA has responded properly to Plaintiff's request and has complied with its obligations under FOIA. Accordingly, the Court should grant Defendant's Motion for Summary Judgment and dismiss this case.

Dated: December 2, 2005.                    Respectfully submitted,

/s/
KENNETH L. WAINSTEIN
D.C. Bar # 451058
United States Attorney

/s/
R. CRAIG LAWRENCE
D.C. Bar # 171538
Assistant United States Attorney

/s/
HEATHER R. PHILLIPS
C.A. Bar # 19620
Assistant United States Attorney
Civil Division
555 4th Street, N.W., Rm E4212
Washington, DC 20530
(202) 514-7139

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL WEST,**    )<br>                                                      )<br>              **Plaintiff,**         )<br>       v.                                       )<br>                                                      )<br>**JO ANNE BARNHART, COMMISSIONER,**  )<br>**SOCIAL SECURITY ADMINISTRATION**       )<br>                                                      )<br>              **Defendant.**        )<br>                                                      ) | Civil Action No. 05-1890 (RMC)<br>ECF |

## ORDER

Upon consideration of defendant's Motion for Summary Judgment, the Opposition thereto, and te entire record herein, it is this ____ day of _____, hereby

ORDERED that the defendant's motion is hereby GRANTED and this case is hereby DISMISSED.

_____
UNITED STATES DISTRICT JUDGE

ECF service to counsel of record

By mail to:   Michael West
              P.O. Box 1935
              St. Charles, MO 63302