FROM U.S. ATTORNEY'S OFFICE (TUE)11.22'05 11:05/ST.11:02/NO.4861391351 P 7
Case 1:05-cv-01890-RMC    Document 15-3    Filed 12/02/2005    Page 1 of 1
MAY-04-2005 Case 1:05-cv-01890-RMC    Document 13    Filed 11/17/2005    Page 6 of 6

Form Approved
OMB No. 0960-0045

MAR 16 2005     SOCIAL SECURITY ADMINISTRATION     MAR 24 2005

## STATEMENT OF CLAIMANT OR OTHER PERSON

| NAME OF WAGE EARNER, SELF-EMPLOYED PERSON, OR SSI CLAIMANT | SOCIAL SECURITY NUMBER |
|---|---|
| MICHAEL WEST | 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 |
| NAME OF PERSON MAKING STATEMENT (if other than above) | RELATIONSHIP TO WAGE EARNER, SELF-EMPLOYED PERSON, OR SSI CLAIMANT |

Understanding that this statement is for the use of the Social Security Administration, I hereby certify that—

I certify I am Michael West, 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, DoB 10/06/1962, and here to procure the following:

1) complete & true copy of May 2004 file under the maintenance, control, & supervision of SSA;

2) Controlling federal regulation for SSA procuring medical information for claimant(s);

3) federal regulations for SSA performance of duty to maintain complete and accurate SSA records; and

4) federal regulations for SSA performance of duty to accurately represent a SSA claimants history, e.g., medical history.

My mother's maiden name is "McDowell."

— Nothing Follows —

Form SSA-795 (2-78)      WEST'S EXHIBIT B