# SOCIAL SECURITY

Refer to:
S9H: PJ3346

December 2, 2005

Mr. Michael West
P.O. Box 1935
St. Charles, MO 63302-1935

Dear Mr. West:

This letter is in response to your document date stamped by the Social Security Administration (SSA) on March 24, 2005, that you attached as Exhibit B to your "Plaintiff's Affidavit and Reply to Defendants Motion for Summary Judgment." In this letter you request the following information:

1. A complete and true copy of May 2004 file under the maintenance, control and supervision of SSA;

2. Controlling Federal regulations for SSA presenting medical information for claimants;

3. Federal regulations for SSA performance of duty to maintain complete and accurate SSA records, and

4. Federal regulations for SSA performance of duty to accurately represent a SSA claimant's history; e.g., medical history.

We interpret item 1 as a request for the file related to the application for Social Security Disability benefits and Supplemental Security Income that you filed in May 2004. You are entitled to access to the records in this file under the Privacy Act. We have now located your May 2004 claims file at the Office of Hearings and Appeals. Enclosed is a copy of your May 2004 claims file, as requested.

We have enclosed sections of our Regulation Number 1 (20 C.F.R., Part 401), which relate to items 2 and 3 of your request.

With regard to item 4, the FOIA does not require Agencies to do legal research. Federal regulations are made available to the public by publication in the Federal Register and in the Code of Federal Regulations. Those publications may be purchased through the United States Government Printing Office and are available in law libraries. Regulations of the SSA are also

available on our web site at http://www.socialsecurity.gov/ and are available for inspection in our local Social Security offices.

                                        Sincerely,

                                        Joyce Schaul
                                        Freedom of Information Officer

Enclosures:
Tab A -  Your Claims' File
Tab B – Sections of Regulation 1 (20 C.F.R., Part 401)