UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MICHAEL WEST,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 05-1890 (RMC)** |
| | ) | |
| **JOANNE BARNHART, Commissioner,** | ) | |
| Social Security Administration, | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER DIRECTING PLAINTIFF TO SHOW CAUSE**

This matter comes before the Court upon review of Defendant's Motion for Summary and accompanying declarations, and Plaintiff's opposition to the motion. It appears that the agency has produced all records responsive to Plaintiff's Freedom of Information Act requests, specifically Plaintiff's 1999 and 2004 files. If so, this case would be moot. *See Armstrong v. Executive Office of the President*, 97 F.3d 575, 582 (D.C. Cir. 1996); *Trueblood v. U.S. Dep't of the Treasury*, 943 F.Supp. 64, 67 (D.D.C. 1996). Accordingly, it is hereby

**ORDERED** that Plaintiff shall, by January 16, 2006, file with this Court and serve on Defendant a statement informing the Court what, if any, additional documents were requested and, if so, when the documents were requested from the Social Security Administration.

Date: December 21, 2005.

\_\_\_\_/s/_____
ROSEMARY M. COLLYER
United States District Judge