UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL WEST,                )
                             )
         Plaintiff,          )
vs.                          )   Case No. 05-1890 (RMC)
                             )
JOANNE BARNHART, Commissioner )
Social Security Administration, )
                             )
         Defendant.          )

### REPLY TO ORDER DIRECTING PLAINTIFF TO SHOW CAUSE

COMES NOW Plaintiff Michael West, *pro se*, and moves this court with reply to order directing plaintiff to show cause. In response, the plaintiff avers:

1. Additional documents were requested from the Social Security Administration on March 24, 2005. See Exhibit "B", Plaintiff's Affidavit and Reply to Defendant's Motion for Summary Judgment.

2. To date, the "government has not made a good faith effort to provide":

    A. controlling federal regulation for SSA's procurement of medical evidence and information;

    B. federal regulation for SSA's policy and procedure to maintain accurate and complete records; and

    C. federal regulations for SSA's ministerial duty to accurately represent Social Security Administration claimant's medical history. See Above, Exhibit "B".

3. Similar to the above, the government has not made a good faith effort to provide:

    A. the narrowly drafted FOIA requests for the specific materials used by government to deny plaintiff's most recent and underlying SSA/SSI claim.

4. Notwithstanding, the government's reliance that it provided plaintiff with all documents and materials of 1999 disability claims file is false, misleading, or untrue. Here, an appeal and correspondence was filed with Mr. Rodney Tripp of the Review by the Appeals Council. However, these corresponding materials are "missing" from the disability claims folder.

*******

RECEIVED
FEB 16 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

5. The government's claim that it is performing "legal research" is misplaced in light of 5 U.S.C. § 552(a). Conversely, agency rules and regulations as requested by plaintiff clearly fall under the import of FOIA. See 5 U.S.C. § 552(a)(1) *et seq*.

6. In this case, to plaintiff's prejudice, the local Social Security Office fails to provide reasonable government information and services. See March 24th FOIA Request ("please provide me with all information and authorities to support your claim that this SSA office does not have to answer Freedom of Information Act requests.")

7. To date, the government fails to deny that the requested rules and regulations material exists with respect to plaintiff's Exhibit "B".

8. Moreover, plaintiff's request for the narrowly drawn and specific materials used to deny SSI claim may be reasonably requested under 5 U.S.C. § 552(a)(3). To date, the government fails to deny that these materials exist with respect to plaintiff's request for specific materials used in support of denying SSA/SSI disability claim. See Also 552a(d)(1).

9. As illustrated above, the agency has not produced all records responsive to Plaintiff's Freedom of Information Act requests of February 22, 2005, March 16, 2005, and March 24, 2005.

10. And, to date, the government fails to cite any supported statutory exemptions for withholding the materials responsive to Plaintiff's Freedom of Information Act requests.

For these reasons, this case is not moot and the court's assistance to enjoin the defendant from improperly withholding FOIA materials pursuant to 5 U.S.C. §§ 552(a)(4)(B) and 552a(g) is respectfully requested.

Submitted this 13th day of February 2006.

_____
Michael West, *pro se*
P.O. Box 1935
St. Charles, MO 63302
No phone


**CERTIFICATE OF SERVICE**
I certify by my signature below that a true and complete copy of the foregoing motion was placed in the U.S. Mail, First Class, postage prepaid, and mailed this 13th day of February 2006, to: Heather R. Phillips, Asst. U.S. Attorney, Civil Division, 555 4th Street, N.W. - Rm. E4212, Washington, D.C. 20530

_____