UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL WEST,                        ) | |
|                                                          ) | |
|               Plaintiff,                       ) | |
|       v.                                            ) | Civil Action No. 05-1890 (RMC) |
|                                                          ) | ECF |
| JO ANNE BARNHART, COMMISSIONER, ) | |
| SOCIAL SECURITY ADMINISTRATION ) | |
|                                                          ) | |
|               Defendant.                    ) | |
|                                                          ) | |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S REPLY TO THE COURT'S
DECEMBER 12, 2005 ORDER TO SHOW CAUSE**

On October 28, 2005, Defendant, the Social Security Administration ("SSA"), by and through its undersigned attorneys and pursuant to Rule 56 of the Federal Rules of Civil Procedure, moved for summary judgment in its favor in this case. On November 21, 2005, Plaintiff filed an Affidavit and Reply to Defendant's Motion for Summary Judgment ("Plaintiff's Opposition") via the Court's ECF electronic filing system. On December 2, 2005, Defendant filed its Reply and supplemental affidavit. On December 21, 2005, the Court issued an Order Directing Plaintiff to Show Cause. Plaintiff filed his Reply to the Court's December 21, 2005 Order on February 17, 2006. Defendant hereby responds to Plaintiff's Reply.

**PURSUANT TO FOIA, DEFENDANT HAS PROVIDED
ALL RESPONSIVE DOCUMENTS TO PLAINTIFF**

Plaintiff's Reply claims that Defendant has not fully complied with Plaintiff's FOIA requests because Defendant has not provided him with "controlling" federal regulations used to deny his claim. Plaintiff's Reply at 1-2. To provide these materials would require that SSA engage in legal research on Plaintiff's behalf. See Supplemental Declaration of Doris Bell at ¶¶9-12, attached as Exhibit 1 to Defendant's Reply. Under FOIA, the SSA is not required to

conduct legal research for the Plaintiff.  See Landmark Legal Found. v. EPA, 2003 WL 21715677 (D.D.C.); Allnutt v. U.S. DOJ, 2000 WL 852455 (D. MD).

Contrary to the Court's Order, Plaintiff has failed to identify any documents responsive to his FOIA requests that have not been released by Defendant.  Nor can he, as Defendant has released the entire contents of Plaintiff's 1999 and 2004 disability claims files to him.[1]  See Defendant's MTD and Reply, and supporting Declarations of Doris Bell attached thereto.  Consequently, there are no material facts in dispute, and the SSA is entitled to summary judgment in its favor as a matter of law.

---

[1] Plaintiff appears to claim that because the copy of his 1999 disability claims folder that has been released to him does not contain "an appeal and correspondence filed with Mr. Rodney Tripp of the Review by the Appeals Council" (which Plaintiff apparently has in his possession form another source), the Defendant's assertion that it has provided Plaintiff with all documents in his 1999 disability claims file is "false misleading, or untrue."  There is no evidence to support this contention.  Instead, the sworn Declaration of Doris Bell is that the entire contents of Plaintiff's 1999 disability claims file have been sent to him.  See Defendant's MTD and the Declaration of Doris Bell attached thereto.  That Plaintiff is in possession of a document he believes should have been in his 1999 claims file is not evidence that the Defendant has not provided Plaintiff with his entire file, as it exists in the Defendant's possession.

**CONCLUSION**

As set forth above, the SSA has responded properly to Plaintiff's request and has complied with its obligations under FOIA. Accordingly, the Court should grant Defendant's Motion for Summary Judgment and dismiss this case.

Dated: February 22, 2006     Respectfully submitted,

/s/
KENNETH L. WAINSTEIN
D.C. Bar # 451058
United States Attorney

/s/
R. CRAIG LAWRENCE
D.C. Bar # 171538
Assistant United States Attorney

/s/
HEATHER R. PHILLIPS
C.A. Bar # 19620
Assistant United States Attorney
Civil Division
555 4th Street, N.W., Rm E4212
Washington, DC 20530
(202) 514-7139

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL WEST,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | **Civil Action No. 05-1890 (RMC)** |
| ) | **ECF** |
| **JO ANNE BARNHART, COMMISSIONER,** ) | |
| **SOCIAL SECURITY ADMINISTRATION** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

Upon consideration of defendant's Motion for Summary Judgment, the Opposition thereto, and te entire record herein, it is this _____ day of _____, hereby

ORDERED that the defendant's motion is hereby GRANTED and this case is hereby DISMISSED.

_____
UNITED STATES DISTRICT JUDGE

ECF service to counsel of record

By mail to:   Michael West
              P.O. Box 1935
              St. Charles, MO 63302

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2006, I caused to be served on Plaintiff by first-class mail one copy of the foregoing response to:

Michael West
P.O. Box 1935
St. Charles, MO 63302


_____/s/_____
HEATHER R. PHILLIPS