UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL WEST, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 05-1890 (RMC) |
| JOANNE BARNHART, Commissioner Social Security Administration, | ) |
| Defendant. | ) |

### PLAINTIFF'S SUPPLEMENT AND REPLY TO DEFENDANT'S RESPONSE

COMES NOW Plaintiff Michael West, *pro se*, and moves this court with plaintiff's supplement and reply to defendant's response. In support, the plaintiff states, in relevant part:

1. that plaintiff filed his reply to order directing plaintiff to show cause on February 17, 2006.

2. that defendant filed defendant's response to plaintiff's reply to the show cause order on February 22, 2006.

3. that within defendant's response enumerated immediately above, the defendant clearly misstated the plaintiff's argument and evidence by claiming that "Defendant has not provided him with 'controlling' federal regulations used to deny his claim." Defendant's Response at 2.

4. the defendant's claim above is "knowingly" false, misleading, or untrue. Cf. Plaintiff' Reply at 3.A.

5. similarly, the defendant's claim above does not have any credible evidence to support it.

6. additionally, the defendant further materially misrepresents plaintiff's reply by stating that "[p]laintiff has failed to identify any documents responsive to his FOIA requests that have not been released by Defendant." Defendant's Response at 3.

RECEIVED
MAR 3 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

7. the defendant's second claim above is "knowingly" false, misleading, or untrue. <u>See</u> Plaintiff' Reply at 2.A-C.

8. the defendant's second claim above does not have any credible evidence to support it.

9. likewise, the defendant's third claim that "Defendant has released the entire contents of Plaintiff's 1999 and 2004 claims files to him" is "knowingly" false, misleading, or untrue. <u>See</u> Plaintiff' Reply at 4.

10. after Plaintiff's careful and thorough review of the proffered materials provided by this Defendant, materials are "missing" or the Defendant willfully filed a false affidavit with this court by the Declaration of Doris Bell, or both. <u>See</u> Plaintiff's Reply at 4.

11. the government continues to harass this Plaintiff with the instant frivolous defendant's response and has not made a good faith effort to provide the materials requested in West's FOIA requests.

12. The government's claim that it is performing "legal research" is misplaced in light its own rules and regulations cited as 20 CFR 402.45 and 402.50.

13. Here, government agency rules and regulations as requested by plaintiff clearly fall under the import of §§ 402.45 and 402.50. True and complete copies are attached and marked as West's Exhibit "1."

14. Section 402.45 provides for materials made available to the public include instructional manuals, statements of policy, and materials used in processing claims.

15. Section 402.50 provides for materials made available to the public include policies, procedures, or interpretations that affect the public.

16. Certainly, the instant FOIA requests for policy materials pertaining to the government's maintenance of true and correct records would not only generally affect the public, but interested social security claimants as well.

2

17. Certainly, the instant FOIA requests for policy materials used in processing claims falls under the import of Section 402.45 above.

18. Moreover, the government fails to cite any supported statutory exemptions for withholding the materials responsive to Plaintiff's Freedom of Information Act requests.

For these reasons, this case is not moot and the court's assistance to enjoin the defendant from improperly withholding FOIA materials pursuant to 5 U.S.C. §§ 552(a)(4)(B) and 552a(g) is respectfully requested. Put in other words, the defendant is not entitled to summary judgment for its active and knowing material misrepresentations, as demonstrated herewithin this motion.

Additionally, Plaintiff requests all costs and fees be taxed against the defendant for plaintiff's unnecessary expense and time incurred in having to respond to the government's instant frivolous response motion, and any other relief available under these premises.

Submitted this 28th day of February 2006.

_____
Michael West, *pro se*
P.O. Box 1935
St. Charles, MO 63302
No phone

**CERTIFICATE OF SERVICE**
I certify by my signature below that a true and complete copy of the foregoing motion was placed in the U.S. Mail, First Class, postage prepaid, and mailed this 28th day of February 2006, to: Heather R. Phillips, Asst. U.S. Attorney, Civil Division, 555 4th Street, N.W. - Rm. E4212, Washington, D.C. 20530

_____

## §402.45 Availability of records.

(a) *What records are available.* 5 U.S.C. 552, also known as the FOIA, permits any person to see, and get a copy of, any Federal agency's records unless the material is exempt from mandatory disclosure as described in §402.70 of this part.

(b) *FOIA.* Under the FOIA, we are also required to make available to the public the instructional manuals issued to our employees, general statements of policy, and other materials which are used in processing claims and which are not published in the FEDERAL REGISTER, and an index of these manuals and materials.

(c) *Record citation as precedent.* We will not use or cite any record described in paragraph (b) of this section as a precedent for an action against a person unless we have indexed the record and published it or made it available, or unless the person has timely notice of the record.

(d) *Electronic Reading Room.* We will prepare an index of records which have become or are likely to become the subject of subsequent requests. The index, and, to the extent practicable, the records will be made available on the Internet or by other computer telecommunications means.

[62 FR 4154, Jan. 29, 1997, as amended at 63 FR 35132, June 29, 1998]

WEST'S EXHIBIT "1"

Table of Contents Previous Section: 402.45 Next Section: 402.55

## §402.50 Availability of administrative staff manuals.

All administrative staff manuals of the Social Security Administration and instructions to staff personnel which contain policies, procedures, or interpretations that affect the public are available for inspection and copying. A complete listing of such materials is published in the Index of Administrative Staff Manuals and Instructions. These manuals are generally not printed in a sufficient quantity to permit sale or other general distribution to the public. Selected material is maintained at district offices and field offices and may be inspected there. See §§402.55 and 402.60 for a listing of this material.