UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MICHAEL WEST, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-1890 (RMC) |
| JO ANNE BARNHART, Commissioner, Social Security Administration, | ) ) ) | |
| Defendant. | ) ) ) | |

## ORDER

In accordance with the Memorandum Opinion issued concurrently with this Order, it is

**ORDERED** that Defendant's motion for summary judgment [Dkt.# 11] is **GRANTED**; and it is

**FURTHER ORDERED** that judgment is entered in favor of Defendant.

**SO ORDERED**.  This is a final appealable order.  *See* Fed. R. App. P. 4(a).

                                   /s/
ROSEMARY M. COLLYER
United States District Judge

DATE: March 10, 2006