UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MICHAEL WEST,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 05-1890 (RMC) |
| **JO ANNE BARNHART**, **Commissioner**, Social Security Administration, | ) ) ) ) | |
| Defendant. | ) ) ) | |

**ORDER**

Pending before the Court is Plaintiff's Motion to Alter or Amend Judgment pursuant to Rule 59(e) of the Federal Rules of Civil Procedure.  Plaintiff, proceeding *pro se*, filed this action pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.  On March 10, 2006, the Court granted Defendant's motion for summary judgment because the Defendant had produced all the records requested by Plaintiff.

The reconsideration and amendment of a previous order under Rule 59(e) is an extraordinary remedy.  *Zyko v. Dep't of Defense*, 180 F. Supp. 2d 89, 91 (D.D.C. 2001).  The purpose of a motion for reconsideration is not to simply re-litigate issues that the Court has already decided.  *Coleman-Adebayo v. Leavitt*, 400 F. Supp. 2d 257, 260 (D.D.C. 2005).  The movant must demonstrate some "intervening change in controlling law, the availability of new evidence, or the need to correct a clear error or manifest injustice." *Fox v. Am. Airlines Inc.*, 389

F.3d 1291, 1296 (D.C. Cir. 2004) (quoting *Firestone v. Firestone*, 76 F.3d 1205, 1208 (D.C. Cir. 1996)).

        Plaintiff's motion for reconsideration raises the same arguments that the Court rejected in March 10, 2006, Memorandum Opinion and Order.  In moving for summary judgment, the agency filed an affidavit affirming that it had produced all records responsive to Plaintiff's FOIA request.  The Court held that Plaintiff had not offered any evidence that would lead the Court to conclude that the agency possessed other records that had not been disclosed.  Plaintiff is merely attempting to re-litigate these issues.  He has not offered any new facts or law that would lead the Court to alter its original decision.  Accordingly, it is

        ORDERED that Plaintiff's Rule 59 Motion to Alter or Amend Judgment [22] is DENIED.

                                        _____/s/_____
                                        ROSEMARY M. COLLYER
                                        United States District Judge

DATE: July 11, 2006